AO 442 (Rev. 11/11) Arrest Warrant

~~NOT FOR PUBLIC VIEW~~

# UNITED STATES DISTRICT COURT
для the
Southern District of California

FILED
DEC 23 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAAD MUTLAK ALSAHLI | ) | Case No. |
| | ) | |
| | ) | 15MJ3717 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SAAD MUTLAK ALSAHLI                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C., Section 922(g)(5)—Unlawful Possession of a Firearm and Ammunition by an Alien (FELONY).


Date:   12/18/2015                              _____
                                                                *Issuing officer's signature*

City and state:   San Diego, California          JILL L. BURKHARDT, United States Magistrate Judge
                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/18/2015, and the person was arrested on *(date)* 12/22/2015
at *(city and state)* San Diego, CA.

Date: 12/22/2015                                _____
                                                                *Arresting officer's signature*

                                                                Daniel Duff
                                                                *Printed name and title*

<mark>
</mark>

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____