FILED
DEC 2 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAAD MUTLAK ALSAHLI(1),<br><br>　　　　　Defendant. | Case No.: 15MJ3717-01-WVG<br><br>FINDINGS OF FACT AND ORDER OF DETENTION PENDING TRIAL |

　　In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on December 28, 2015, to determine whether Defendant SAAD MUTLAK ALSAHLI ("the Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Michael G. Wheat appeared on behalf of the United States; Attorney Michael Pancer appeared on behalf of the Defendant.

1  At the hearing, Defendant knowingly and voluntarily
2  waived his right, on the record through counsel, to the
3  setting of bail and a detention hearing. Based on the
4  waiver, the Court orders that Defendant be detained pending
5  trial, and, if convicted, sentencing in these matters,
6  without prejudice or waiver of the Defendant's right to
7  later apply for bail and conditions of release, and without
8  prejudice or a waiver of the right of the United States to
9  seek detention in the event of an application by Defendant
10 for such relief.

## O R D E R

12  IT IS HEREBY ORDERED that the Defendant be detained
13  pending trial [on basis that he is a serious flight risk WVA], and if convicted, sentencing in these matters
14  IT IS FURTHER ORDERED that Defendant be committed to the
15 custody of the United States Marshal or his designated
16 representative for confinement in a corrections facility
17 separate, to the extent practicable, from persons awaiting
18 or serving sentence or being held in custody pending appeal.
19 The Defendant shall be afforded reasonable opportunity for
20 private consultation with counsel.
21  While in custody, upon order of a court of the United
22 States or upon the request of an attorney for the United
23 States, the person in charge of the correctional facility
24 shall deliver the Defendant to the United States Marshal for
25 the purpose of an appearance in connection with a court
26 proceeding or any other appearance stipulated to by defense
27 and counsel for the United states.

1    This order is made without prejudice to modification by
2 this Court and without prejudice to the Defendant's
3 exercise of his right to bail and a detention hearing at a
4 future date.
5    IT IS SO ORDERED.
6    DATED: December 28, 2015.

_____
WILLIAM V. GALLO
United States Magistrate Judge

Prepared by:

LAURA E. DUFFY
United States Attorney

*Michael G. Wheat*
_____
MICHAEL G. WHEAT
Assistant U.S. Attorney