FILED JAN 5 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAAD MUTLAK ALSAHLI(1),<br>ABDULRAHMAN ABDULLAH ALOLAYMI(2),<br><br>　　　　　Defendants. | Case No. 16CR0021-H<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Section 922(g)(5)—Unlawful Possession of a Firearm and Ammunition by an Alien |

The United States Attorney charges:

On October 18, 2015, within the Southern District of California, Defendants SAAD MUTLAK ALSAHLI and ABDULRAHMAN ABDULLAH ALOLAYMI, then being aliens admitted as non-immigrant, who are prohibited from possessing firearms and ammunition, did knowingly and willfully possess, in and affecting commerce, firearms and ammunition, to wit: one Sig Sauer 9mm pistol, 50 rounds of 9mm ammunition, one Bravo Company .223 caliber rifle, and 100 rounds of .223 caliber ammunition, in violation of Title 18, United States Code, Section 922(g).

DATED: January 5, 2016.

　　　　　　　　　　　　LAURA E. DUFFY
　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　MICHAEL G. WHEAT
　　　　　　　　　　　　Assistant United States Attorney